JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY SHANE, | Case No. CV 10-01469-AHM (CWx) |
| Plaintiff, | **AMENDED JUDGMENT IN FAVOR OF PLAINTIFF** |
| vs. | |
| ALBERTSON'S INC. EMPLOYEES' DISABILITY PLAN, | The Honorable Howard Matz |
| Defendant. | |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment is entered in favor of Plaintiff Stacey Shane and against the Defendant Albertson's Inc. Employees' Disability Plan. The Court Finds that Plaintiff is disabled pursuant to the terms of the disability plan. As such, the Court overturns Defendant's denial of Plaintiff's claim for long term disability benefits.

Defendant is Ordered to pay back benefits to Plaintiff, and to continue making benefit payments to her so long as she remains disabled under the terms of the disability plan. Defendant is also Ordered to provide any and all benefits required by the disability plan which are due to Plaintiff as a result of her disability.

1 | Defendant shall pay prejudgment interest on past due benefits at a rate of .11%, computed daily and compounded annually. In addition, Defendant shall pay post-judgment interest at the legal rate on any past due benefits which remain unpaid as of the date of this Judgment.

As Plaintiff is the prevailing party in this litigation, she may apply to the Court for an award of attorney fees and recovery of costs of action.

Dated: January 9, 2012

*[signature: A. Howard Matz]*

_____
The Honorable A. Howard Matz
United States District Judge

**JS-6**